IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARIN L. MATKOSKEY,
    Petitioner,
    v.
SOMERSET COUNTY DOMESTIC
RELATIONS SECTION, et al.,
    Respondents

Case No. 3:18-cv-121-KRG-KAP

### Memorandum Order

Petitioner's petition for writ of habeas corpus under 28 U.S.C.§ 2254 was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on July 31, 2018, ECF no. 14, recommending that the petition be dismissed, and that a certificate of appealability be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1) they had fourteen days to file written objections to the Report and Recommendation. The petitioner has filed several sets of objections and pleadings that can be considered as objections at ECF nos. 15-18, 20-23, and 25.

After *de novo* review of the record of this matter, the Report and Recommendation, and the petitioner's objections thereto, the following order is entered:

AND NOW, this 27th day of September, 2018, it is ORDERED that the respondent's motion to dismiss at ECF no. 13 is granted and petitioner's petition for a writ of habeas corpus is dismissed. No certificate of appealability is issued. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Darin L. Matkoskey
P.O. Box 32
Acosta, PA 15520